# ELECTRONIC RECORD

COA # 06-14-00161-CR          OFFENSE: 21.04

STYLE: Harvey Luther Teel v. The State of Texas          COUNTY: Hunt

COA DISPOSITION: Affirmed          TRIAL COURT: 196th District Court

DATE: 6/26/2015          Publish: no ' TC CASE #: 29,136

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Harvey Luther Teel v. The State of Texas          CCA #: 864-15

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

\- - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**